IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:18-CR-75 |
| | § | |
| MIGUEL ANGEL AVENDANO FLORES (01) | § | |

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On this date came on for consideration the Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas, and the Sheriff of Smith County, in Tyler, Texas, shall produce and have the body of, said **Miguel Angel Avendano Flores,** defendant herein, who is detained in the custody of the Sheriff of Smith County, in Tyler, Texas, before the United States District Court for the Eastern District of Texas, Tyler, Texas, *Instanter*, the said defendant to appear for an initial appearance and for all further proceedings upon an indictment pending in the above-styled cause.